# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Paula Runge,<br><br>　　　Plaintiff,<br><br>v.<br><br>The Regional Adjustment Bureau, Inc.,<br><br>　　　Defendant. | Case No. 1:10-cv-1279<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　By: /s/ Timothy J. Sostrin
　　　　　　　　　　　　Timothy J. Sostrin
　　　　　　　　　　　　233 S. Wacker Drive, Suite 5150
　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　Telephone: 866.339.1156
　　　　　　　　　　　　Email: tjs@legalhelpers.com
　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2010, I electronically filed the foregoing Notice and delivered a copy of the same to following via U.S. Mail:

Corinne C. Heggie
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

/s/ Timothy J. Sostrin